UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

*Eugenia Jackson, et al. v. Bayer HealthCare*          No. 3:11-cv-10849-DRH-PMF
*Pharmaceuticals Inc., et al.*

<u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 9, 2014 and March 27, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*

Digitally signed by **Deputy Clerk**
David R. Herndon
Date: 2015.04.11
14:49:30 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT